Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

In re:
DONALD A WEISS
LISA C WEISS

Case No. 09-34850
Account No. 5816

JP MORGAN CHASE BANK NA
PO BOX 182349 OH4 7133
COLUMBUS, OH 43218

DONALD A WEISS
LISA C WEISS
864 BURNING TRAIL
CAROL STREAM, IL 60188

KATHLEEN VAUGHT
600 W ROOSEVELT RD #B1
WHEATON, IL 60187

### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER RULE 3002.1(f)

Please take notice that the Notice of Cure under Rule 3002.1(f) was sent in error on October 17, 2013.

/S/  Ryan Faye
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650, Lisle, IL on October 18, 2013.

/S/  Ryan Faye
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888